UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael Douglas Miloshevsky  
Lisa Ann Miloshevsky  

Case No.: 21-13672-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on July 13, 2021, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 208 W Gloucester Pike, Barrington NJ 08007<br>(FMV $138,000.00) |
|---|---|

| Liens on property: | $117,164.00- Midland Mtg |
|---|---|

| Amount of equity claimed as exempt: | $20,836.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Andrew Sklar, Chapter 7 Trustee

Address:    20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Douglas Miloshevsky  
Lisa Ann Miloshevsky  
    Debtors

Case No. 21-13672-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Jun 09, 2021     Form ID: pdf905     Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Douglas Miloshevsky, Lisa Ann Miloshevsky, 208 W Gloucester Pike, Barrington, NJ 08007-1207 |
| 519201779 | + | ARS ACCOUNT RESOLUTION, 1643 NW 136th Ave, Bldg H100, Fort Lauderdale, FL 33323-2857 |
| 519201780 | + | ARS ACCOUNT RESOLUTION, 1643 North Harrison Parkway, Building H, Ste 100, Fort Lauderdale, FL 33323-2857 |
| 519201781 | + | Capital Bank NA, 110 Gibraltar Rd, Suite 130, Horsham, PA 19044-2302 |
| 519201783 | + | Cooper University, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519201785 | + | EZ Pass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519201786 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519201787 | + | GM, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519201789 | + | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 519201790 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519201791 | + | Kennedy Health Systems, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519201795 | + | Money Management International, 14141 Southwest Freeway, Suite 1000, Sugar Land, TX 77478-3494 |
| 519201794 | + | Money Management International, PO Box 2075, Sugar Land, TX 77487-2075 |
| 519201796 | + | NHHELC, PO Box 3420, Concord, NH 03302-3420 |
| 519201797 | + | OpenSky, PO Box 9224, Old Bethpage, NY 11804-9224 |
| 519201801 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519201799 | + | Philadelphia Hand to Shoulder, 950 Puleski Drive, Suite 100, King Of Prussia, PA 19406-2802 |
| 519201800 | #+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 519201802 | + | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519201803 | + | Radius, PO Box 1259, Oaks, PA 19456-1259 |
| 519201804 | + | Rancocas Anesthesiology, PO Box 464, Rutherford, NJ 07070-0471 |
| 519201805 | | Reconstructive Orthopedics PA, 44 Eves Drive, Suite 100, Marlton, NJ 08053 |
| 519201806 | + | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519201807 | + | Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290 |
| 519201808 | + | Rowan School Of Osteopathic Med, PO Box 635, Bellmawr, NJ 08099-0635 |
| 519201810 | + | Surgery Center of Cherry Hill, 408 Rt 70 East, Cherry Hill, NJ 08034-2409 |
| 519201811 | + | Thomas Jefferson University, PO Box 8500, Philadelphia, PA 19178-8500 |
| 519201812 | + | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 519201814 | + | Wills Surgery Center, 408 Marlton Pike East, Cherry Hill, NJ 08034-2409 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 21-13672-JNP    Doc 10    Filed 06/11/21    Entered 06/12/21 00:21:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf905 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 519213188 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 09 2021 21:21:00 | | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519201782 | + | Email/Text: bankruptcy@consumerportfolio.com Jun 09 2021 21:23:00 | | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 519201784 | + | Email/Text: bankruptcy_notifications@ccsusa.com Jun 09 2021 21:25:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519201788 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 09 2021 21:21:00 | | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 519201792 | + | Email/Text: bankruptcy_notifications@ccsusa.com Jun 09 2021 21:25:00 | | Labcorp, PO Box 55126, Boston, MA 02205-5126 |
| 519201793 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com Jun 09 2021 21:38:38 | | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519201809 | + | Email/Text: bankruptcy@sw-credit.com Jun 09 2021 21:23:00 | | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 519201813 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 09 2021 21:20:00 | | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519201798 | ##+ | Penn Credit Corp, 916 S 14TH ST, HARRISBURG, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Robert H. Johnson | on behalf of Joint Debtor Lisa Ann Miloshevsky ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |
| Robert H. Johnson | on behalf of Debtor Michael Douglas Miloshevsky ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4