| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Douglas Miloshevsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7545<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa Ann Miloshevsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2929<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–13672–JNP | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Douglas Miloshevsky        Lisa Ann Miloshevsky

8/13/21        **By the court:**   Jerrold N. Poslusny Jr.
                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Douglas Miloshevsky  
Lisa Ann Miloshevsky  
    Debtors

Case No. 21-13672-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Douglas Miloshevsky, Lisa Ann Miloshevsky, 208 W Gloucester Pike, Barrington, NJ 08007-1207 |
| 519201779 | + | ARS ACCOUNT RESOLUTION, 1643 NW 136th Ave, Bldg H100, Fort Lauderdale, FL 33323-2857 |
| 519201780 | + | ARS ACCOUNT RESOLUTION, 1643 North Harrison Parkway, Building H, Ste 100, Fort Lauderdale, FL 33323-2857 |
| 519201781 | + | Capital Bank NA, 110 Gibraltar Rd, Suite 130, Horsham, PA 19044-2302 |
| 519201783 | + | Cooper University, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519201785 | + | EZ Pass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519201786 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519201787 | + | GM, Po Box 78143, Phoenix, AZ 85062-8143 |
| 519201789 | + | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 519201790 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519201791 | + | Kennedy Health Systems, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519201795 | #+ | Money Management International, 14141 Southwest Freeway, Suite 1000, Sugar Land, TX 77478-3494 |
| 519201794 | + | Money Management International, PO Box 2075, Sugar Land, TX 77487-2075 |
| 519201796 | + | NHHELC, PO Box 3420, Concord, NH 03302-3420 |
| 519201797 | + | OpenSky, PO Box 9224, Old Bethpage, NY 11804-9224 |
| 519201801 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519201799 | + | Philadelphia Hand to Shoulder, 950 Puleski Drive, Suite 100, King Of Prussia, PA 19406-2802 |
| 519201802 | + | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519201803 | + | Radius, PO Box 1259, Oaks, PA 19456-1259 |
| 519201804 | + | Rancocas Anesthesiology, PO Box 464, Rutherford, NJ 07070-0471 |
| 519201805 | | Reconstructive Orthopedics PA, 44 Eves Drive, Suite 100, Marlton, NJ 08053 |
| 519201806 | + | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519201807 | + | Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290 |
| 519201808 | + | Rowan School Of Osteopathic Med, PO Box 635, Bellmawr, NJ 08099-0635 |
| 519201810 | + | Surgery Center of Cherry Hill, 408 Rt 70 East, Cherry Hill, NJ 08034-2409 |
| 519201811 | + | Thomas Jefferson University, PO Box 8500, Philadelphia, PA 19178-8500 |
| 519201814 | + | Wills Surgery Center, 408 Marlton Pike East, Cherry Hill, NJ 08034-2409 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519213188 | EDI: PHINAMERI.COM | Aug 14 2021 00:28:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

Case 21-13672-JNP    Doc 17    Filed 08/15/21    Entered 08/16/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 38 |

| 519201782 | + | Email/Text: bankruptcy@consumerportfolio.com | | |
| --- | --- | --- | --- | --- |
| | | | Aug 13 2021 20:31:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 519201784 | + | EDI: CCS.COM | | |
| | | | Aug 14 2021 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519201788 | + | EDI: PHINAMERI.COM | | |
| | | | Aug 14 2021 00:28:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 519201792 | + | EDI: CCS.COM | | |
| | | | Aug 14 2021 00:28:00 | Labcorp, PO Box 55126, Boston, MA 02205-5126 |
| 519201793 | + | EDI: AISMIDFIRST | | |
| | | | Aug 14 2021 00:28:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519201809 | + | EDI: SWCR.COM | | |
| | | | Aug 14 2021 00:28:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 519201812 | + | EDI: ECMC.COM | | |
| | | | Aug 14 2021 00:28:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 519201813 | + | EDI: VERIZONCOMB.COM | | |
| | | | Aug 14 2021 00:28:00 | Verizon Wireless, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519201798 | ##+ | Penn Credit Corp, 916 S 14TH ST, HARRISBURG, PA 17104-3425 |
| 519201800 | ##+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert H. Johnson | on behalf of Joint Debtor Lisa Ann Miloshevsky ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |
| Robert H. Johnson | on behalf of Debtor Michael Douglas Miloshevsky ecfmail@rhjlaw.com 10270@notices.nextchapterbk.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 38 |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5